United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD C. GORDON,<br><br>  Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br>  Defendants. | Case No.  14-cv-05345-LHK<br><br>**ORDER RE SETTLEMENT STATUS UPDATE** |

The parties were scheduled to engage in a private mediation session on May 6, 2015. The parties are hereby ordered to file a joint settlement status update by noon, Tuesday, May 12, 2015.

**IT IS SO ORDERED.**

Dated: May 11, 2015

_____
LUCY H. KOH
United States District Judge

Case No.14-cv-05345-LHK
ORDER

1