UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD C. GORDON,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.: 14-cv-05345-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Frederick Ebey
Defendants' Attorney: Melissa Cowan

An initial case management conference was held on May 13, 2015.  A further case management conference is set for August 26, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by August 19, 2015.

The parties shall file a joint settlement status update on July 27, 2015.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: July 30, 2015

FACT DISCOVERY CUTOFF: November 6, 2015

EXPERT DISCOVERY:
    Opening Reports: November 20, 2015
    Rebuttal Reports: December 15, 2015

1

Case No.: 14-cv-05345-LHK
CASE MANAGEMENT ORDER

Close of Expert Discovery: January 15, 2016

DISPOSITIVE MOTIONS shall be filed by January 29, 2016, oppositions by February 12, 2016, and replies by February 19, 2016, and set for hearing no later than March 10, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: May 26, 2016, at 1:30 p.m.

JURY TRIAL: June 6, 2016 at 9:00 a.m.  Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: May 13, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 14-cv-05345-LHK
CASE MANAGEMENT ORDER

2